```
MELINDA HAAG (CABN 132612)
United States Attorney

J. DOUGLAS WILSON (DCBN 412811)
Chief, Criminal Division

DANIEL P. TALBERT (SBN OH 0084088)
        Special Assistant United States Attorney
    450 Golden Gate Ave., Box 36055
    San Francisco, California 94102
    Telephone:   (415) 436-7200
    Fax:         (415) 436-7234
    E-Mail:      Daniel.Talbert@usdoj.gov
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No.: CR 13-00585 EDL |
| ) | |
| Plaintiff, ) | **STIPULATION AND [PROPOSED]** |
| v. ) | **ORDER TO EXCLUDE TIME BETWEEN** |
| ) | **OCTOBER 15, 2013, AND OCTOBER 22,** |
| EMELITA GANNABAN CHUA, ) | **2013** |
| ) | |
| Defendant. ) | |
| ) | |

The defendant, EMELITA GANNABAN CHUA, provisionally represented by EDWARD HU, Assistant Federal Public Defender, and the government, represented by DANIEL P. TALBERT, Special Assistant United States Attorney, stipulate that time should be excluded from October 15, 2013, to October 22, 2013 from the Speedy Trial Clock. Chua is charged with a Class A Misdemeanor. Although certain misdemeanors are not subject to the Speedy Trial Act, a Class A Misdemeanor does fall under the Speedy Trial Act requirements. *See* 18 U.S.C. § 3172(2) (2013); *United States v. Boyd*, 214 F.3d 1052 (9th Cir. 2000).

The parties appeared before the Court on September 18, 2013. The parties jointly requested to appear before the Court on October 15, 2013 for a status conference. Based on the parties' request, the

STIP. TO EXCLUDE TIME, CR 13-00585 EDL

1

1  matter was continued to October 15, 2013 at 11:00 am before Judge Laporte. Judge Laporte
2  subsequently ordered the time until October 15, 2013, excluded from the Speedy Trial Clock. The status
3  conference has now been reset for October 22, 2013, and therefore the parties request that the time
4  between October 15, 2013, and October 22, 2013, be excluded from the Speedy Trial Clock.

5      The parties request that time be excluded based upon the need for effective preparation of
6  counsels, pursuant to Title 18 United States Code, Section 3161(h)(7)(B)(iv). The parties are attempting
7  to negotiate a possible resolution of this matter.

8  DATED:     October 8, 2013             Respectfully submitted,

9                                         MELINDA HAAG
                                       United States Attorney

11                                By *s/ Daniel P. Talbert*
12                                        DANIEL P. TALBERT
                                       Special Assistant U.S. Attorney

14 DATED:     October 8, 2013         BY    *s/ Edward Hu*
                                                   EDWARD HU
15                                                    Assistant Federal Public Defender
                                                   (as authorized by email)

STIP. TO EXCLUDE TIME, CR 13-00585 EDL

1                                        [PROPOSED] ORDER

2      Based upon the representations of counsels and for good cause shown, the Court finds that failing to exclude the time between October 15, 2013, and October 22, 2013 would unreasonably deny counsels the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv). The Court further finds that the ends of justice served by excluding the time between October 15, 2013, and October 22, 2013 from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial. Therefore, IT IS HEREBY ORDERED that the time between October 15, 2013, and October 22, 2013 shall be excluded from computation under the Speedy Trial Act. 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

DATED: 10/9/13

*[signature: Elizabeth D. Laporte]*
HON. ELIZABETH D. LAPORTE
United States Magistrate Judge

STIP. TO EXCLUDE TIME, CR 13-00585 EDL

3